# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Re:

**Moultonborough Hotel Group, LLC,**        Civil Action No. 1:13-cv-00016-PB

    **Debtor**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING APPELLEES'
## MOTION TO SUPPLEMENT THE RECORD ON APPEAL

This matter came before the Court on the Motion (the "Motion") of 2010-1 SFG Venture LLC ("SFG") and Moultonborough Hotel Group, LLC (the "Debtor", together with SFG, the "Appellees").

This Court, having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 158, and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and upon consideration of the Motion, and that the relief sought in the Motion is supported by the contentions of the Motion, and after due deliberation and sufficient cause appearing therefor, the Court ORDERS as follows:

    A.    The Motion is GRANTED.

    B.    The issues on appeal are hereby supplemented to include the following issue:

        Is the Appellant's appeal moot in light of events that have transpired since the entry of the Order confirming the Debtor's Second Amended Plan of Liquidation Dated November 9, 2012, entered by the United States Bankruptcy Court for the District of New Hampshire on December 5, 2012?

    C.    The record on appeal is hereby supplemented to include (i) the Declaration of Daniel M. Kasell, dated January 25, 2013, which is attached as **Exhibit 1** to the Motion; and (ii)

the Declaration of Steven M. Notinger, dated January 28, 2013, which is attached as **Exhibit 2**

to the Motion.

      D.      This Order shall become effective on the date hereof.

      E.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation and/or interpretation of this Order.


              February 19   , 2013     /s/ Paul Barbadoro
                                                HONORABLE PAUL J. BARBADORO
                                              UNITED STATES DISTRICT COURT JUDGE